IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH A. DIORIO, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | : | NO. 20-6211 |

## ORDER

**AND NOW**, this 4th day of February, 2022, upon consideration of Defendants' "Second Motion to Dismiss For Failure to State a Claim" (Docket No. 9), and all documents filed in connection therewith, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Defendants' Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.